IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANNY M. MICHEL,, | ) | 4:10CV03258 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's (second) motion for enlargement of time (filing 17) is granted, and the briefing schedule is modified as follows:

1. Defendant shall file a brief by September 16, 2011;

2. Plaintiff may file a reply brief by September 30, 2011; and

3. This case shall be ripe for decision on October 3, 2011.

September 8, 2011.                BY THE COURT:


                                  *Richard G. Kopf*
                                  United States District Judge